UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **BENNY JOE MOORE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:16-cv-02389 |
| | ) Chief Judge Crenshaw |
| **OFFICER J. W. JONES,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

Magistrate Judge Brown has entered a Report and Recommendation (Doc. No. 32) recommending that this action be dismissed with prejudice because of Plaintiff's failure to prosecute and to obey Court Orders. No objections to the Report and Recommendation have been filed. Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition.

Accordingly, the Report and Recommendation (Doc. No. 32) is hereby **ADOPTED,** and Defendant's "Motion to Dismiss for Failure to Prosecute and Failure to Comply With Court Order" (Doc. No. 31) is **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**. Any appeal of this dismissal will not be certified as taken in good faith.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure. The Clerk shall also **TERMINATE** as pending all remaining Motions (Doc. Nos. 28, 29, 33).

It is SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE